

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-407-CV

IN RE PANASONIC CORPORATION                                    RELATOR
OF NORTH AMERICA

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

We have considered the parties' agreed motion to dismiss without prejudice. It is the court's opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: MCCOY, DAUPHINOT, and GARDNER, JJ.

DELIVERED: April 6, 2010

---

[1] *See* Tex. R. App. P. 47.4, 52.8(d).